**SEALED DOCUMENT**

THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

U.S. DISTRICT COURT
DISTRICT OF NH
FILED
2018 JUL 18 P 4:12

IN RE: HOMELAND SECURITY
INVESTIGATIONS SUMMONS NO.
ICE-HSI-MF-2018-00260

Case No. 18-mc-52-AJ

**Filed Under Seal – Level I**

### APPLICATION FOR ORDER COMMANDING GOOGLE, INC. NOT TO NOTIFY ANY PERSON OF THE EXISTENCE OF SUMMONS

The United States requests that the Court order Google, Inc. not to notify any person (including the subscribers or customers of the accounts listed in the summons) of the existence of the attached summons and related preservation letter for approximately 180 days.

Google, Inc. is a provider of an electronic communication service, as defined in 18 U.S.C. § 2510(15), and/or a remote computing service, as defined in 18 U.S.C. § 2711(2). Pursuant to 18 U.S.C. § 2703, the United States obtained the attached summons, which requires Google, Inc. to disclose certain records and information to the United States. This Court has authority under 18 U.S.C. § 2705(b) to issue "an order commanding a provider of electronic communication service or remote computing service to whom a warrant, summons, or court order is directed, for such period as the court deems appropriate, not to notify any other person of the existence of the warrant, summons, or court order." *Id.*

The attached summons was issued in connection with an investigation into targets of an ongoing investigation relating to possession, receipt, and distribution of child pornography. The premature disclosure of the existence of the summons will alert the account subscribers to the pending investigation, which may cause them to destroy or alter evidence, or flee the United States to avoid prosecution. In this case, such an order would be appropriate because the attached summons relates to an ongoing criminal investigation that is neither public nor known to all of the targets of the investigation, and its disclosure may alert the targets to the ongoing

WHEREFORE, the United States respectfully requests that the Court grant the attached Order directing Google, Inc. not to disclose the existence or content of the attached summons for approximately 180 days, until on or about January 18, 2019, except that Google, Inc. may disclose the attached summons to an attorney for Google, Inc. for the purpose of receiving legal advice.

Executed on July 18, 2018.

_____
Georgiana L. Konesky
Assistant U.S. Attorney
State Bar # 685375
53 Pleasant Street, 4th Floor
Concord, NH 03301